UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL.<br><br>This document relates to: Nos. 5-18-cv-00183; 5:18-cv-04037; 5:18-cv-03461; 5-18-cv-00149; 5-18-cv-00160; 5-18-cv-00163; 5-18-cv-02140; 5-18-cv-00162; 5-18-cv-00409 5:18-cv-03459; 5:18-cv-03462; 5:18-cv-03463; 5:18-cv-03458; 5-18-cv-00154; 5-18-cv-00155; 5-18-cv-00156; 5-18-cv-00157; 5-18-cv-00161; 5-18-cv-00165; 5-18-cv-00169; 5-18-cv-00170; 5-18-cv-00171; 5-18-cv-00173; 5-18-cv-00176; 5-18-cv-00178; 5-18-cv-00196; 5:18-cv-03571; 5:18-cv-03572; 5:18-cv-03573; 5:18-cv-03577; 5:18-cv-03578; 5:18-cv-03582; 5:18-cv-03579; 5:18-cv-03580; 5:18-cv-03581; 5:18-cv-03584; 5:18-cv-03455; 5:18-cv-03997 | Case No. 5:18-md-02834-BLF<br><br>**APPROVED**<br>*[signature]*<br>Judge Beth Labson Freeman<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINTS OR FIRST AMENDED COMPLAINTS** |

Pursuant to Civil L.R. 6-1(a), the undersigned parties to this multidistrict litigation (the "parties") hereby stipulate and recite as follows:

WHEREAS, on July 13, 2018, the Court issued an Order granting the parties' joint stipulation continuing the Preliminary Case Management Conference (Dkt. No. 26, the "Continued CMC Order");

WHEREAS, as part of the Continued CMC Order, the Court permitted the parties to file a stipulation extending any defendant's deadline to respond to the complaint up to a date that is two weeks after the Preliminary Case Management Conference without obtaining a court order (*Id.*);

WHEREAS, on July 18, 2018, the Court issued an Order setting the Preliminary Case Management Conference for September 20, 2018 (Dkt. No. 28, the "Reset CMC Order");

WHEREAS, two weeks after the September 20, 2018 Preliminary Case Management Conference is October 4, 2018;

WHEREAS, pursuant to a stipulation between the parties that was then made part of the

1  Continued CMC Order (Dkt. No. 26) and the Reset CMC Order (Dkt. No. 28), all cases that are
2  part of this multidistrict litigation are stayed until September 20, 2018;
3        WHEREAS, the following defendants have requested, and PersonalWeb Technologies,
4  LLC and Level 3 Communications, LLC (collectively, "PersonalWeb") have agreed to, an exten-
5  sion of time up to and including October 4, 2018, for each of the following defendants to file an
6  answer or otherwise respond to PersonalWeb's Complaint or First Amended Complaint:

- Square, Inc., Atlas Obscura, Inc., LiveChat, Inc., Airbnb, Inc., Goldbely, Inc., Leap Motion, Inc., Spokeo, Inc., Heroku, Inc., Merkle, Inc., Karma Mobility Inc., Match Group, LLC, Match Group, Inc., WeddingWire, Inc., Capterra, Inc., Atlassian, Inc., Cloud 66, Inc., Curebit, Inc., Doximity, Inc., GoPro, Inc., Melian Labs, Inc., Quotient Technology Inc., Reddit, Inc., Roblox Corporation, Stitch Fix, Inc., Tophatter, Inc., Webflow, Inc., Vend Inc., BDG Media, Inc., Bitly, Inc., Blue Apron, LLC, Centaur Media USA, Inc., E-consultancy.com Ltd, Fab Commerce & Design, Inc., FanDuel Inc., FanDuel Ltd., Food52, Inc., Panjiva, Inc., Group Nine Media, Inc., Thrillist Media Group, Inc., Spongecell, Inc., Fiverr International Ltd., and Kickstarter, PBC;

17        THE PARTIES HEREBY STIPULATE and jointly request that all defendants named
18  herein shall have up to and including October 4, 2018 to submit an answer or otherwise respond
19  to the respective Complaint or First Amended Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 16, 2018 | FENWICK & WEST LLP |
|  | By: */s/Todd R. Gregorian*<br>Todd R. Gregorian<br>Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AIRBNB, INC., ATLASSIAN, INC., CLOUD 66, INC., CUREBIT, INC., DOXIMITY, INC., GOLDBELY, INC., GOPRO, INC., LEAP MOTION, INC., MELIAN LABS, INC., QUOTIENT TECHNOLOGY, INC., ROBLOX CORPORATION, SQUARE, INC., STITCHFIX, INC., TOPHATTER, INC., VEND INC., WEBFLOW, INC., KARMA MOBILITY INC., LIVECHAT, INC., MATCH GROUP, LLC, MATCH GROUP INC., WEDDINGWIRE, INC., BDG MEDIA, INC., BITLY, INC., BLUE APRON, LLC, CENTAUR MEDIA USA, INC., E-CONSULTANCY.COM LTD., FAB COMMERCE & DESIGN, INC., FANDUEL INC., FANDUEL LTD., FOOD52, INC., GROUP NINE MEDIA, INC., PANJIVA, INC., SPONGECELL, INC., THRILLIST MEDIA GROUP, INC., ATLAS OBSCURA, INC., FIVERR INTERNATIONAL LTD., AND SPOKEO, INC. |
| Dated: August 16, 2018 | STUBBS, ALDERTON & MARKILES, LLP |
|  | By: */s/Michael A. Sherman*<br>Michael A. Sherman<br>Jeffrey F. Gersh<br>Sandeep Seth<br>Wesley W. Monroe<br>Viviana Boero Hedrick<br>Attorneys for Plaintiff<br>PERSONALWEB TECHNOLOGIES, LLC |
| Dated: August 16, 2018 | MACEIKO IP |
|  | By: */s/Theodore S. Maceiko*<br>Theodore S. Maceiko (SBN 150211)<br>ted@maceikoip.com |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS   3   CASE NO.: 5:18-md-2834-BLF

|   |   |
|---|---|
|   | MACEIKO IP<br>420 2nd Street<br>Manhattan Beach, California 90266<br>Telephone: (310) 545-3311<br>Facsimile: (310) 545-3344<br>Attorneys for Plaintiff<br>PERSONALWEB TECHNOLOGIES, LLC |
| Dated: August 16, 2018 | DAVID D. WIER<br><br>By: */s/David D. Wier*<br>DAVID D. WIER (*PRO HAC VICE*)<br>david.wier@level3.com<br>Assistant General Counsel<br>1025 Eldorado Boulevard<br>Broomfield, CO  80021<br>Telephone: (720) 888-3539<br>Attorneys for Plaintiff<br>LEVEL 3 COMMUNICATIONS, LLC |
| Dated: August 16, 2018 | ARNOLD & PORTER KAYE SCHOLER LLP<br><br>By: */s/Nicholas H. Lee*<br>Nicholas H. Lee (SBN 259588)<br>nicholas.lee@arnoldporter.com<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Phone: (213) 243-4000<br>Fax: (213) 243-4199<br>Attorneys for Defendant HEROKU, INC. |
| Dated: August 16, 2018 | KASOWITZ, BENSON, TORRES LLP<br><br>By: */s/Marcus A. Barber*<br>Marcus A. Barber<br>MBarber@kasowitz.com<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171<br><br>Attorneys for Defendant REDDIT, INC. |

| | | |
|---|---|---|
| 1 | Dated: August 16, 2018 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 2 | | |
| 3 | | By: */s/Christopher C. Johns* |
| 4 | | Robert F. McCauley (SBN 162056) |
| | | robert.mccauley@finnegan.com |
| 5 | | 3300 Hillview Avenue |
| | | Palo Alto, California 94304 |
| 6 | | Telephone: (650) 849-6600 |
| | | Facsimile: (650) 849-6666 |

C. Gregory Gramenopoulos (*pro hac vice*)
c.gregory.gramenopoulos@finnegan.com
Christopher C. Johns (*pro hac vice*)
christopher.johns@finnegan.com
901 New York Avenue NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendants CAPTERRA, INC. AND MERKLE, INC.

Dated: August 16, 2018     KELLEY DRYE & WARREN LLP

By: */s/Michael J. Zinna*
Michael J. Zinna
mzinna@kelleydrye.com
David G. Lindenbaum
dlindenbaum@kelleydrye.com
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Attorneys for Defendant KICKSTARTER, PBC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS     5     CASE NO.: 5:18-md-2834-BLF